UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TORRES,<br><br>   Petitioner,<br><br>   v.<br><br>ACTING WARDEN,<br><br>   Respondent. | Case No.: 1:20-cv-01001-JLT (HC)<br><br>ORDER DISREGARDING PETITIONER'S MISCELLANEOUS FILING |

On August 24, 2020, Petitioner filed what appears to be an opposition to a motion to dismiss. (Doc. 11.) However, no motion to dismiss has been filed in this matter. On August 4, 2020, the Court dismissed the habeas petition with leave to file an amended petition. (Doc. 8.) Accordingly, the Court **DISREGARDS** Petitioner's filing of August 24, 2020. Petitioner is **DIRECTED** to file an amended petition in accordance with the Court's previous order.

IT IS SO ORDERED.

Dated:   **August 30, 2020**              /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE